646

John Edward SMITH, Transferee and/or Beneficiary, Mary Ellen Smith Sigmond, Transferee and/or Beneficiary, and J. Roy Geier, Trustee and Transferee, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE.

No. 12848.

Circuit Court of Appeals, Eighth Circuit.

May 28, 1945.

J. C. Foote and Doherty, Rumble, Butler, Sullivan & Mitchell, all of St. Paul, Minn., for petitioners.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Ralph F. Staubly, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Petitions to review as consolidated docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of respondent and consent of petitioners.

Charles SWANSON, Appellant, v. MARRA BROTHERS, Inc.

No. 8853.

Circuit Court of Appeals, Third Circuit.

Argued June 7, 1945.

Decided June 13, 1945.

Abraham E. Freedman, of Philadelphia, Pa. (Freedman, Landy & Lorry, Samuel H. Landy, Wilfred R. Lorry, and Charles Lakatos, all of Philadelphia, Pa., on the brief), for appellant.

George M. Brodhead, Jr., of Philadelphia, Pa. (Rawle & Henderson and Joseph W. Henderson, all of Philadelphia, Pa., on the brief), for appellee.

Before MARTIN and McLAUGHLIN, Circuit Judges, and KALODNER, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed for the reasons set forth in the opinion of Judge Bard, 57 F.Supp. 456.

Joseph L. SWEIGARD, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8856.

Circuit Court of Appeals, Third Circuit.

Argued June 4, 1945.

Decided June 13, 1945.

George P. Orr, of Philadelphia, Pa. (Orr, Hall, Williams & Baxter, of Philadelphia, Pa., on the brief), for petitioner.

Harry Baum, of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Helen R. Carloss, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before BIGGS and MARTIN, Circuit Judges, and KALODNER, District Judge.

PER CURIAM.

The decision of the Tax Court of the United States is affirmed.